UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| **Karri Leann Harbert** | : | Case No.: 15-09991 |
| **AKA Remax Realtor** | : | Chapter 7 |
| | : | Judge James M. Carr |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

### RESPONSE TO MOTION TO SELL (DOCKET # 56)

Now comes Wells Fargo Bank, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Motion to Sell filed by Karri Leann Harbert AKA Remax Realtor ("Debtor") as follows:

1. On June 24, 2016, Debtors filed a Motion to Sell Property Free and Clear of All Lines and Encumbrances.

2. Creditor does not oppose the Motion so long as Creditor's lien is pursuant to the terms of the short sale agreement. Any sale for less than said amount will be contingent on written approval from Creditor. Moreover, should the sale not complete before July 22, 2016, Creditor will need to re-review the file as that is the date of expiration of the short sale approval.

3. Creditor anticipates the Motion can be resolved with an Agreed Entry.

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the motion be denied.

Respectfully submitted,

/s/ Sarah E. Willms
Sarah E. Willms (28840-64)

1

15-037721_HAF

        Edward H. Cahill (0088985)
        Adam B. Hall (0088234)
        John R. Cummins (11532-10)
        Daniel C. Wolters (0076521)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        614-220-5611; Fax: 614-627-8181
        Attorney for Creditor
        The case attorney for this file is Sarah E.
        Willms.
        Contact email is sew@manleydeas.com

15-037721_HAF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Motion to Sell was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Deborah Caruso, 9100 Keystone Crossing, #400, Indianapolis, IN 46240

Brent Welke, Attorney for Karri Leann Harbert AKA Remax Realtor, Welke Law Office, P.O. Box 55058, Indianapolis, IN 46205, brentwelke@att.net

and on the below listed parties by regular U.S. mail, postage prepaid on July 1, 2016:

Karri Leann Harbert AKA Remax Realtor, 3371 S Applegate Dr, New Palestine, IN 46163

Bryan Scott Harbert, 3371 South Applegate Drive, New Palestine, IN

Karri Leann Harbert AKA Remax Realtor and Bryan Scott Harbert, 3371 S Applegate Dr, New Palestine, IN 46163-8938

Countryside of Hancock County HOA, ATTN: Legal Dept., P.O. Box 245, New Palestine, IN 46163

Discover Bank, Attn: Bk Dept., P.O. Box 30943, Salt Lake City, UT 84130-0943

/s/ Sarah E. Willms

3

15-037721_HAF