UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Karri Leann Harbert AKA Remax Realtor** | : | Case No.: 15-09991 |
| | : | Chapter 7 |
| | : | Judge James M. Carr |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)

The creditor, Wells Fargo Bank, N.A., hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

3371 S Applegate Dr, New Palestine, IN 46163-8938, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

1. Karri Leann Harbert AKA Remax Realtor (hereinafter "Debtor") filed a Chapter 13 case on December 7, 2015, (hereinafter the "Petition Date") and converted to a Chapter 7 bankruptcy on May 9, 2016.

2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

3. The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated September 21, 2012 and made payable to the Creditor in the original sum of $186,000.00. A copy of the Note is attached hereto as Exhibit "B".

1

4. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Hancock County Recordings Office on October 16, 2012. Evidence of perfection is attached as Exhibit "A".

5. As of July 28, 2016, the outstanding principal of the Note was $179,046.98 and the outstanding interest was $11,969.57.

6. The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor has no equity in the Property. Creditor believes that the Property has a value of $183,500.00 based on the Auditor's tax record, which is attached hereto as Exhibit "C". The balance on Creditor's first mortgage exceeds the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b. The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since October 1, 2014 through August 2016.

   c. Debtor intends to surrender the Property located at 3371 S Applegate Dr, New Palestine, IN 46163-8938 according to the Statement of Intent filed.

7. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within **21 days** of the date of this notice. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

**Indianapolis**
116 U.S. Courthouse, 46 E. Ohio St.
Indianapolis, IN 46204

2

15-037721_ZTM

The objecting party must ensure delivery of the objection to the party filing the motion.  If an objection is NOT timely filed, the requested relief and abandonment may be granted.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

Respectfully submitted,

  /s/ Sarah E. Willms
Sarah E. Willms (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Daniel C. Wolters (0076521)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

15-037721_ZTM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Deborah Caruso, 9100 Keystone Crossing, #400, Indianapolis, IN 46240

Brent Welke, Attorney for Karri Leann Harbert AKA Remax Realtor, Welke Law Office, P.O. Box 55058, Indianapolis, IN 46205, brentwelke@att.net

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on August  9 , 2016.

/s/ Sarah E. Willms

15-037721_ZTM